# Exhibit “A”

ELECTRONICALLY FILED

Filed
09 November 4 P3:12
Arturo Guajardo, Jr
County Clerk
Hidalgo County

CAUSE NO. CL09-3264-E

| | | |
|---|---|---|
| RAFAEL OLIVAS | § | IN THE COUNTY COURT AT LAW |
| | § | |
| VS. | § | |
| | § | NO. 5 |
| ORALIA SANCHEZ and | § | |
| RAPID LOGISTICS, L.L.C. | § | HIDALGO COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF RAFAEL OLIVAS complaining of and against DEFENDANTS ORALIA SANCHEZ and RAPID LOGISTICS, L.L.C. and for cause of action would respectfully show to the Court as follows:

**I.**

**DISCOVERY PLAN**

The discovery control plan applicable to this case is Level 2 because Plaintiff seeks damages in excess of $50,000 and the Court has not ordered a Level 3 discovery plan.

**II.**

**PARTIES**

Plaintiff Rafael Olivas (hereinafter, "Olivas") is an individual residing in Weslaco, Hidalgo County, Texas.

Defendant Oralia Sanchez (hereinafter, "Sanchez") is a Texas resident, and may be served with process at 6202 Valdiva Street, Pharr, Texas 78577.

Defendant Rapid Logistic, L.L.C. is a Texas limited liability company and may be served through its registered agent Thomas Tudor at 2441 Luccille Street, McAllen, Texas 78503.

**III.**

**VENUE**

Venue is proper in Hidalgo County, Texas pursuant to Texas Civil Practice & Remedies Code § 15.002 because all or a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred in Hidalgo County, Texas and because Defendants resided in Hidalgo County, Texas when Plaintiff's causes of action accrued.

IV.

**JURISDICTION**

Plaintiff seeks damages under the common and statutory laws of the State of Texas and the amount in controversy exceeds the jurisdictional minimum of the Court. The Court has jurisdiction over Defendants because they are persons residing in Texas.

V.

**FACTS**

On December 9, 2007 Mr. Olivas was driving a trailer-truck to make a delivery in Corsicana, Texas. The tractor and trailer were owned, controlled and maintained by Defendants. As Olivas was driving southbound on US-287 through Lelia Lake, the vehicle began to jackknife and struck another tractor-trailer. Plaintiff was injured in this accident.

VI.

**CAUSES OF ACTION**

Defendants owed a duty to plaintiff to conduct themselves with reasonable care. Defendants negligently failed to inspect, maintain and repair the tractor-trailer driven by Plaintiff and that negligence proximately caused damages to Plaintiff.

VII.

**DAMAGES**

As a direct and proximate result of Defendants' negligence, Plaintiff suffered severe and debilitating injuries. Therefore, Plaintiff seeks to recover damages provided

by law that include, but are not limited to:

a. past, present and future physical pain and suffering;

b. past, present and future mental anguish;

c. past, present and future physical disability;

d. past, present and future disfigurement; and

e. past, present and future medical and rehabilitation expenses.

## VIII.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that upon final trial, the Court enter judgment in favor of Plaintiff against Defendants as follows:

a. actual damages in an amount determined by the trier of fact;

b. pre- and post-judgment interest at the maximum rate allowed by law;

c. all costs of court incurred herein; and

d. such other and further relief to which Plaintiff may be justly entitled.

Plaintiff hereby requests a trial by jury.

Respectfully submitted,

**GARCIA & MARTINEZ, L.L.P.**
10113 North 10th Street, Suite H
McAllen, Texas 78504
Telephone: 956-380-3700
Telecopier: 956-380-3703

/s/ Albert Garcia
**ALBERTO T. GARCIA III**
State Bar No. 00787515
**ADRIAN R. MARTINEZ**
State Bar No. 13137600
**JESUS RAYMUNDO VALDEZ**
State Bar No. 24066853

**ATTORNEY FOR PLAINTIFF**