# Exhibit "B"

Copy of Image

POLICY NO. PDA00440501 COMMON POLICY DECLARATIONS STOCK COMPANY

☐ **Canal Insurance Company**
☒ **Canal Indemnity Company**
P O BOX 7, GREENVILLE, SOUTH CAROLINA 29602
(864) 242-5365

**ITEM ONE:** Named Insured and Mailing Address
☐ For additional named insureds see IL 04 CW 0906
Rapid Logistics Inc DBA Rapid Transport

P O BOX 4230
McAllen, TX 78502

Agent of the Insured:
TRUCKERS INSURANCE
PO DRAWER 3783
McALLEN, TX 78502
Phone #: 9567816663

Physical Address (if different)
8101 South 23rd
McAllen, TX 78501

General Agent:
Texas Specialty Underwriters, Inc.
3014 S.E. Loop 820
Fort Worth, TX 76140

Policy Period:
From 5/20/2007 at 12:01 AM to 5/20/2008
at 12:01 AM , standard time at your mailing address shown above.

Form of Business: ☒ Corporation ☐ Trust ☐ Partnership ☐ Joint Venture ☐ Limited Liability Company ☐ Other (specify) ☐ Individual

| BUSINESS DESCRIPTION | TRUCKING - FOR HIRE |
|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS POLICY MAY BE SUBJECT TO AUDIT. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ See IA11 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ |
| | $ |
| TOTAL PREMIUM: | $ See Endorsement |
| Surplus Lines Tax | $ 7,034.68 |
| STAMPING FEE | $ 145.05 |
| | $ |
| | $ |
| | $ |
| Fees | $ 500 |

Deposit: $ 36,136.00
Premium shown is payable: $________ at inception and $________ 1st installment and ________ monthly installments of $________

FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): IL 03 CW 0906

These declarations together with the Conditions, Coverage Part Declarations, Coverage Part Coverage Form(s) and any forms and endorsements complete the above numbered policy.

Countersigned Date: 7/31/2007 By: [signature]
Texas Specialty Underwriters, Inc.

Duplicate policy certified by: [signature] Date: 3-17-08



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

POLICY NUMBER: **PDA00440501**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SCHEDULE OF FORMS AND ENDORSEMENTS

This schedule applies to the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

**FORMS THAT MAY APPLY TO MORE THAN ONE COVERAGE PART**

IL 27 CW 0906 – Signature Page Endorsement, IL 10 CW 0906 – Driver Schedule - No Ded, IL 00 21 05 04 – Nuclear Energy Liability Exclusion Endorsement, IL 05 CW 0906 – Common Policy Conditions, IL 14 CW 0906 – Continuous Policy - Until Canceled Endorsement, A-101 (Rev. 9-2006) – Commercial Combination Insurance Application, A-101 TX (Rev. 9-2005) – Texas Supplemental Application,

**FORMS THAT APPLY TO THE COMMERCIAL AUTOMOBILE COVERAGE PART**

DL 90 TX 0906 -- Indemnity Notice of Ins Contact #s, DL 91 TX 0906 – Notice Re Tax on Gross Premium, IA 91 CW 0106 – PH Disclosure Notice of Termination of CA..., IA 01 CW 0906 -- Business Auto Declarations Page, IA 11 CW 1006 – Motor Carrier Endorsement, IA 02 CW 0906 – Business Auto Coverage Form, CA 23 01 12 93 Explosives, CA 23 05 12 93 Wrong Delivery, CA 23 94 03 06 Silica Dust Exclusion, CA 99 48 03 06 Pollution Liability, IA 06 CW 0906 – Truckers Endorsement, IA 07 CW 0906 – Contractual Liability Limitation, IA 08 CW 0906 – Occupant Hazard Exclusion, IA 09 CW 0906 – Dump Site Pollution Exclusion, IA 102 TX 0107 -- TX Changes - Cancellation and Nonrenewal, MC1632 (Ed 6-71) – Form F, MCS90 (4-2000)PI, Terrorism Excl CA 23 84 01 06, TX Changes CA 01 96 03 06, ID-4 TX (11-2003),

**FORMS THAT APPLY TO THE COMMERCIAL GENERAL LIABILITY COVERAGE PART**

DL 90 TX 0906 – Indemnity Notice of Ins Contact #s, DL 91 TX 0906 – Notice Re Tax on Gross Premium,

**FORMS THAT APPLY TO THE COMMERCIAL INLAND MARINE COVERAGE PART**

DL 90 TX 0906 – Indemnity Notice of Ins Contact #s, DL 91 TX 0906 – Notice Re Tax on Gross Premium,



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

POLICY NUMBER: PDA00440501

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SIGNATURE PAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
GENERAL LIABILITY COVERAGE PART
INLAND MARINE COVERAGE PART

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective: 5/20/2007 | Countersigned By: Texas Specialty Underwriters, Inc. |
| Named Insured: Rapid Logistics Inc DBA Rapid Transport | (Authorized Representative) |

**In Witness Whereof**, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

Wm R. Simmons, [illegible] — *Secretary*

[illegible] — *President*



Copy of Image

**CANAL**
Greenville, SC

Copy of Image

POLICY NUMBER: PDA00440501

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER SCHEDULE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
CARGO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective:<br>5/20/2007 | Countersigned By: |
| Named Insured:<br>Rapid Logistics Inc DBA Rapid Transport | Texas Specialty Underwriters, Inc.<br>(Authorized Representative) |

The following individuals are drivers of "autos" under this policy. Any driver of an "auto" during the policy period should be reported to us immediately and added to the list of drivers before operating an "auto" covered under this policy.

| # | Driver Name | Date Reported | License Number | State Licensed |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

IL 10 CW 0906

Copy of Image

Copy of Image

INTERLINE
IL 00 21 05 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

 © ISO Properties, Inc., 200[illegible] 

Copy of Image

Copy of Image

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 200
Copy of Image 

CANAL
Greenville, SC

Copy of Image

POLICY NUMBER: PDA00440501

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMON POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation. Failure on your part to make any monthly payment on or before the due date will constitute a request by you for cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured or your agent any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. the first Named Insured or your agent will be the payee for any return premiums we pay.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.


Copy of Image

Copy of Image

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.


Copy of Image

Copy of Image

**CANAL**
Greenville, SC

POLICY NUMBER: PDA00440501

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTINUOUS POLICY UNTIL CANCELED OR NONRENEWED DEPOSIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
CARGO COVERAGE FORM
GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective: 5/20/2007 | Countersigned By: |
| Named Insured: Rapid Logistics Inc DBA Rapid Transport | Texas Specialty Underwriters, Inc. (Authorized Representative) |

To guarantee the payment of earned premium under this policy, you agree to deposit with us the deposit amount shown in the Declarations or an amount equal to two times the monthly premium, whichever is greater. We will hold the deposit until this policy is canceled or nonrenewed. Upon cancellation or nonrenewal of this policy, we will refund to you or your agent such deposit, less the amount necessary to complete the payment of any previously unpaid earned premium under the policy which may be determined at audit. No part of this deposit shall be considered as policy premium except such part as may actually be applied by us to the payment of earned premium as explained above.

In the event this policy is canceled as provided in the Cancellation condition of the policy, the basis used for the calculation of the earned premium shall be the full annual premium from which the monthly premium for this policy has been determined.



Copy of Image

05/16/2007 19:42 956-702-7556 TRUCKERS INSURANCE PAGE 02/13

TEXAS SPECIALTY UNDERWRITERS
FORT WORTH, TX

## CANAL COMMERCIAL COMBINATION INSURANCE APPLICATION

☐ CANAL INSURANCE COMPANY
☒ CANAL INDEMNITY COMPANY

Proposed effective date & time: 5-20-07 12:01 AM
Proposed expiration date: 5-20-08

**1** Applicant legal name: Rapid Logistics Inc. Pd A00893801

Applicant trade name (DBA) (if any): Rapid Transport

Applicant is: ☐ Individual ☐ LLC ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Trust

Tax identification number or Social Security number: 20-4842180 DOT number: 1502769

If applicant is other than individual, majority owner's name is: Robert Tudor, President

Location of business premises: 8101 South 23rd, McAllen, TX. 78501
Street, City, State, Zip Code, County

Location is ☒ Inside City Limits ☐ Outside City Limits Fire District (NC only)

Mailing address: P.O. Box 4230 McAllen, TX. 78502
Street or P.O. Box, City, State, Zip Code

Telephone # (956) 843-7044 Cell phone # (956) 522-6464 Email or fax:

**2** Indicate which coverages are desired and if applicant has signed the required UM/UIM/PIP accept/reject forms

☒ Auto Liability ☐ Auto Physical Damage ☐ Motor Truck Cargo ☐ General Liability ☐ UM/UIM/PIP accept/reject forms

**3** Policy Term & Payment Method

☐ Annual Policy ☐ Short Term Policy* ☐ Continuous Until Cancelled Policy (2 month escrow deposit and monthly billing)

☐ Financed through outside Premium Finance Company with full payment to Canal (no double financing permitted – attach contract)

☐ Full Payment to Company or ☐ Company Payment Plan *(No company payment plan available for short term policies.)

**4**

| Coverage | Premium | Deposit or Down payment | # Installments | Amount Enclosed (agent use only) |
|---|---|---|---|---|
| Auto Liability | | Fleet Automatic Gross Mileage | | |
| Auto Physical Damage | | | | |
| Motor Truck Cargo | | | | |
| General Liability | | | | |
| Total | | | | |

**5** INFORMATION FOR FILINGS AUTHORITY TYPE ☐ COMMON ☒ CONTRACT

| Filings Required | Motor Carrier or Permit Number | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ☒ FMCSA | MC 564203 | Rapid Logistics Inc. |
| ☒ Form E Texas | 006119016C | dba Rapid Transport |
| Oregon Form E | | 8101 South 23rd |
| ☐ Hazardous | | McAllen, TX 78501 |
| ☐ Cargo – Form H | | |
| ☐ SR 22- If yes explain | | |

I hereby certify that the information contained in this application is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included with the application and signed by me, may be relied upon by the company as accurate and shall become a part of the policy.

I recognize that all or parts of my operations are under the Department of Transportation oversight requiring me to adhere to their rules and regulations. I acknowledge that DOT's rules and regulations are understood by me and I will adhere to the rules and regulations including, but not limited to, driver hiring, vehicle inspection and maintenance, and hours of service.

**6** Signature of APPLICANT [signature] X Signature of AGENT of Applicant [signature] X

Type or Print Applicant Name: Robert Tudor Agency Name / Address of Agency: Dewey Young, Truckers Insurance, Drawer 3783, McAllen, TX 78502-3783

Title or Relationship to Applicant: President Date Application Completed: 5-16-07

THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER

COMMERCIAL INSURANCE APPLICATION

**7 Business Class:** [X] For Hire Trucking ☐ Private Trucking ☐ Non-Trucking Use Only ☐ Public Auto

**Policy Type:** ☐ Scheduled Vehicles ☐ Fleet Automatic Gross Receipts [X] Fleet Automatic Gross Mileage

If Non-Trucking Coverage only, list name, terminal location and M C number of lessee to whom you are permanently leased.

Name: ______ Terminal Location ______ MC # ______

## LIABILITY LIMITS DESIRED

8 Commercial vehicles — Combined single limit each accident: 1 million CSL

Taxicabs — Bodily injury – each person ______
Bodily injury – each accident ______
Property damage – each accident ______

## GENERAL QUESTIONS

| Yes | No | |
|---|---|---|
| | [X] | Have you ever had insurance of this type cancelled, declined or renewal refused? |
| [X] | ☐ | Have you ever had insurance with Canal? If yes, give policy number: L048366 |
| | | How may years in business under this name continuously? ____ |

## TRUCKING UNDERWRITING QUESTIONS

| Yes | No | # | Question |
|---|---|---|---|
| ☐ | [X] | 1 | Is any vehicle used to haul explosives? |
| ☐ | [X] | 2 | Do Federal or State laws require you to carry limits in excess of $750,000 for auto liability? |
| ☐ | [X] | 3 | Do Federal or State laws require you to carry limits in excess of $1,000,000 for auto liability? |
| ☐ | [X] | 4 | Is any vehicle used to transport employees? |
| ☐ | [X] | 5 | Do you allow guest passengers? |
| ☐ | [X] | 6 | Do you haul double trailers? |
| ☐ | [X] | 7 | Do you haul triple trailers? |
| ☐ | [X] | 8 | Do you own, lease or rent vehicles not listed on the application? |
| ☐ | [X] | 9 | Do you hire owner operators on a trip lease basis? |
| ☐ | [X] | 10 | Do you lend, lease or rent trucks, tractors or trailers to others without drivers? |
| ☐ | [X] | 11 | Do you haul containers or containerized freight? |
| ☐ | [X] | 12 | Do you act as a freight forwarder, freight broker or arrange loads for others? |
| ☐ | [X] | 13 | Have you operated a trucking business under other names in the past? |

Explain all yes answers below:

______

**9 LIST OF DRIVERS OF INSURED VEHICLES** (attach list of drivers with required information if space below is not adequate)
I understand that an essential factor in obtaining automobile insurance is the list of drivers of vehicles covered by the policy for which I am applying. I declare the attached list includes all of the drivers of vehicles requested to be covered under the policy including employees, leased employees, mechanics, family members, as well as any other person allowed to drive an insured vehicle. I agree to notify my agent of any additional drivers before they are allowed to drive an insured vehicle.

| Driver's Name | Social Security Number | Date of Birth | Driver's License State | Driver's License Number | No of violations & accidents Past 3 years | No. of serious violations in past 7 years (1) | Year hired | Years of exp. |
|---|---|---|---|---|---|---|---|---|
| See List of Drivers | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Serious violations include, but are not limited to, DUI, homicide or assault involving an auto, leaving the scene of an accident, etc

THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER

... COMBINATION INSURANCE APPLICATION

**10. DESCRIPTION OF VEHICLES** (trailers must be scheduled for coverage to apply while detached from power unit)

| Unit No. | Model year | Trade name & indicate truck, tractor, trailer, mobile equipment etc. | Serial number | Zip code of terminal location | # of axles | Truck GVW Tractor GCW | Owner type * |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | See List of Equipment | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

*N=Owned by Named Insured; L=Owned by Leasing Company (long term lease without driver); O=Owned by Owner Operator; E= Owned by Employee of Named Insured (Officer)

| | Percent of trips by radius 0-150 | 151-300 | Over 300 | Trailer* pulled | Primary commodities hauled (list top 3 commodities for each power unit) |
|---|---|---|---|---|---|
| 1 | | | 100% | V | (1) Dry Freight 100% |
| 2 | | | | V | |
| 3 | | | | V | |
| 4 | | | | V | |
| 5 | | | | V | |

* Trailer type or type trailer pulled by power unit - D = dump, F = flatbed, P = pole/logging, R = reefer, T = tank, V = dry van, A = auto hauler

**11. PHYSICAL DAMAGE COVERAGE** (indicated coverage options and limits desired if applicable)

- ☐ Collision and specified causes of loss or
- ☐ Collision and comprehensive (not available in all states)
- ☐ Additional towing limit ______ (In the event of a total loss to the vehicle) -- $2,500 included
- ☐ Trailer interchange limit ______ minus $1,000 deductible (UIIA container haulers)
- ☐ Non-owned trailer limit ______ minus $1,000 deductible (coverage applies only while attached to your tractor)

| Unit # | Phy. Dam. Limit* | Phy. Dam. Deductible | Name of Loss Payee | Full Address of Loss Payee |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

* fill in the limit next to each vehicle if coverage is desired

**12. MOTOR TRUCK CARGO COVERAGE** (coverage applies to cargo on any trailer ONLY while attached to a scheduled power unit.)

☐ Owners Form ☐ Carriers Form ☐ Both Forms

Total Owned: Tractors ______ Trucks ______ **Total Leased:** Tractors ______ Trucks ______

LIMITS DESIRED* Per Vehicle $ ______ Location limit $ ______

Location address ______

SPECIFIC UNITS WITH HIGHER LIMITS – Specify the limit and power unit(s) that require a higher limit.

Power Unit(s): ______ Limit: $ ______

POLICY DEDUCTIBLE: ☐ $1,000 ☐ $500 (Available only to limits up to $25,000) ☐ $2,500 ☐ $5,000 (submit for approval)

COVERAGE: ☐ Broad Form (not available on all commodities) ☐ Named Perils

OPTIONAL COVERAGES: ☐ Reefer – $2,500 Deductible (Minimum) ☐ Poultry Cages ☐ Wetness – $2,500 Deductible (Minimum)

☐ Earned freight – Increase To: $ ______ ($1,000 included) ☐ Debris Removal – Increase To: $ ______ ($10,000 included)

| COMMODITIES HAULED % | Type | Average Value | Max Value | COMMODITIES HAULED % | Type | Average Value | Max Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER

COMMERCIAL COMBINATION INSURANCE APPLICATION

## 13 GENERAL LIABILITY – "FOR HIRE" TRUCKERS ONLY

This application is for General Liability Coverage on businesses solely involved in "for hire" transportation of property.

| LIMITS | |
|---|---|
| General Aggregate | ☐ 1,000,000 ☐ 2,000,000 |
| Products & Completed Operations Aggregate | Included in General Aggregate |
| Personal & Advertising Injury | 1,000,000 |
| Each Occurrence | 1,000,000 |
| Damage to Rented Premises (each occurrence) | 100,000 |
| Medical Expense (any one person) | 5,000 |

**DEDUCTIBLE** – Indicate desired property damage deductible. The deductible applies to "property damage" and supplemental expense.
* A $1,000 per occurrence deductible is the minimum required deductible for bulk liquid haulers.

☐ No Deductible ☐ 1,000 ☐ 2,000 ☐ 3,000 ☐ 5,000 ☐ 10,000 ☐ 15,000 ☐ 20,000 ☐ 25,000

**EMPLOYERS LIABILITY (STOP GAP) COVERAGE** (Applicable in ND, OH, WA and WY only)

☐ NO ☐ YES Limits

| | |
|---|---|
| $1,000,000 | Bodily Injury by Accident – each accident |
| $1,000,000 | Bodily Injury by Disease – each employee |
| $1,000,000 | Bodily Injury by Disease – per policy |

Does the applicant haul bulk liquid? ☐ Yes ☐ No

List mobile equipment owned by the applicant, if any. (e.g. forklift, backhoe, mobile crane, etc.):

Does the applicant repair or service vehicles of others? ☐ Yes ☐ No

Does the applicant generate income from other activities besides the operation of the trucks? ☐ Yes ☐ No

If yes, explain

List all premises owned or rented by applicant:

Street Address City County State Zip Code

Street Address City County State Zip Code

Street Address City County State Zip Code

Does the applicant have dogs at above premises? (See exclusion endorsement) ☐ Yes ☐ No

Does the applicant carry a firearm? (See exclusion endorsement) ☐ Yes ☐ No

COMBINATION INSURANCE APPLICATION

**14. AUTO LIABILITY LOSS INFORMATION**

| Policy Year | From | To | # of Claims | Total Paid and Reserved Losses | Insurance Carrier |
|---|---|---|---|---|---|
| Current Year | | | | $ | Canal |
| 1st Prior | | | | $ See Loss Runs | L048364 |
| 2nd Prior | | | | $ | |
| 3rd Prior | | | | $ | |

Describe large claims:

**AUTO PHYSICAL DAMAGE LOSS INFORMATION**

| Policy Year | From | To | # of Claims | Total Paid and Reserved Losses | Insurance Carrier |
|---|---|---|---|---|---|
| Current Year | | | | $ | |
| 1st Prior | | | | $ | |
| 2nd Prior | | | | $ | |
| 3rd Prior | | | | $ | |

Describe large claims:

**CARGO LOSS INFORMATION**

| Policy Year | From | To | # of Claims | Total Paid and Reserved Losses | Insurance Carrier |
|---|---|---|---|---|---|
| Current Year | | | | $ | |
| 1st Prior | | | | $ | |
| 2nd Prior | | | | $ | |
| 3rd Prior | | | | $ | |

Describe large claims:

**GENERAL LIABILITY LOSS INFORMATION**

| Policy Year | From | To | # of Claims | Total Paid and Reserved Losses | Insurance Carrier |
|---|---|---|---|---|---|
| Current Year | | | | $ | |
| 1st Prior | | | | $ | |
| 2nd Prior | | | | $ | |
| 3rd Prior | | | | $ | |

Describe large claims:

**EXPOSURE HISTORY**

| Year | From | To | # of Units | Gross Receipts | Mileage |
|---|---|---|---|---|---|
| Current Year | | | | $ | |
| 1st Prior | | | | $ | |
| 2nd Prior | | | | $ | |
| 3rd Prior | | | | $ | |
| Projected for next 12 months: | | | | $ | |

**15. ADDITIONAL INSUREDS**

| Name | Mailing Address | Cov (1) | Relationship to Insured (2) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**16. CERTIFICATE HOLDERS**

| Name | Mailing Address | Cov (1) | Relationship to Insured (2) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

A = Auto Liability G = General Liability C = Cargo (certificate holders only) Attach separate list if space above is not adequate. Indicate lessor, lessee, shipper, broker, interchange facility owner, etc., and show vehicle number if applicable.

THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER THIS IS NOT A BINDER

**CANAL**
INDEMNITY COMPANY

**TEXAS SUPPLEMENTAL APPLICATION**

**MUST be completed in conjunction with the ALL STATES Form A-101**

1. Applicant Name Rapid Logistics Inc.
2. DBA, if any Rapid Transport

The laws of Texas require that you be given the option to request or reject the following additional coverages. Please indicate your preferences below:

**(The elections below that show an asterisk (*) require the payment of additional premium)**

| | | |
|---|---|---|
| Select & Complete Either 1, 2, or 3 | 1. | ☐ *REQUEST UNINSURED MOTORIST PROTECTION – BODILY INJURY ONLY:<br>☐ 20/40 OR ☐ Higher UMBI Limits of ______ *(not to exceed BI Liability Limits)* |
| | 2. | ☐ *REQUEST UNINSURED MOTORIST PROTECTION – BODILY INJURY & PROPERTY DAMAGE:<br>☐ 55 CSL OR ☐ Higher CSL Limits of ______ *(not to exceed CSL Liability Limits)* or<br>☐ 20/40 UMBI & 15 UMPD or<br>☐ Higher UMBI Limits of ______ *(not to exceed BI Liability Limits)* &<br>Higher UMPD Limits of ______ *(not to exceed PD Liability Limits)* |
| | 3. | ☒ REJECT ALL UNINSURED MOTORIST PROTECTION |
| Complete 4 | 4. | *PERSONAL INJURY PROTECTION: ☐ Accept ☒ Reject |

[signature] x
Signature of Applicant

May 16, 2007
Date

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER:______
ISSUE DATE: 8/6/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 6/1/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ **Gross Receipts** ☒ **Gross Mileage**

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 178,000.00 | 203,791:00 | 0.00 | 5.911 | $0.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium | $ 12,045.00 | | | Total for Auto | $0.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ **Gross Receipts** ☒ **Gross Mileage**

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| **TOTAL ADDITIONAL PREMIUM** | $0.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER:______
ISSUE DATE: 8/6/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 5/20/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ Gross Receipts ☒ Gross Mileage

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 87,771.00 | 78,887.00 | 8,884.00 | 5.911 | $525.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium | $ 4,663.00 | | | Total for Auto | $525.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ Gross Receipts ☒ Gross Mileage

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| TOTAL ADDITIONAL PREMIUM | $525.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Please be reminded that the annual minimum and the monthly minimum premiums apply.



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER: ______
ISSUE DATE: 8/21/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 7/1/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ **Gross Receipts** ☒ **Gross Mileage**

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 233,818.00 | 203,791.00 | 30,027.00 | 5.911 | $1,775.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium $ 12,045.00 | | | | Total for Auto | $1,775.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ **Gross Receipts** ☒ **Gross Mileage**

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| TOTAL ADDITIONAL PREMIUM | $1,775.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER:______
ISSUE DATE: 9/18/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 8/1/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ Gross Receipts ☒ Gross Mileage

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 202,407.00 | 203,791.00 | 0.00 | 5.911 | $0.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium $ 12,045.00 | | | | Total for Auto | $0.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ Gross Receipts ☒ Gross Mileage

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| **TOTAL ADDITIONAL PREMIUM** | $0.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER: ______
ISSUE DATE: 10/16/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 9/1/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ **Gross Receipts** ☒ **Gross Mileage**

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 273,620.00 | 203,791.00 | 69,829.00 | 5.911 | $4,128.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium | $ 12,045.00 | | | Total for Auto | $4,128.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ **Gross Receipts** ☒ **Gross Mileage**

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| **TOTAL ADDITIONAL PREMIUM** | **$4,128.00** |
| Surplus Lines Tax | $0.00 |
| STAMPING FEE | $0.00 |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER:______
ISSUE DATE: 11/14/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 10/1/2007 | Canal Indemnity Company |
| NAMED INSURED: Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE: Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED: COMMERCIAL AUTOMOBILE COVERAGE PART; COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ Gross Receipts ☒ Gross Mileage

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 218,470.00 | 203,791.00 | 14,679.00 | 5.911 | $868.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium | $ 12,045.00 | | | Total for Auto | $868.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ Gross Receipts ☒ Gross Mileage

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| **TOTAL ADDITIONAL PREMIUM** | $868.00 |
| Surplus Lines Tax | $0.00 |
| STAMPING FEE | $0.00 |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

CHANGE NUMBER:______
ISSUE DATE: 12/17/2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PDA00440501 | 11/1/2007 | Canal Indemnity Company |
| NAMED INSURED<br>Rapid Logistics Inc DBA Rapid Transport | | AUTHORIZED REPRESENTATIVE<br>Texas Specialty Underwriters, Inc. |
| COVERAGE PARTS AFFECTED:<br>COMMERCIAL AUTOMOBILE COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART | | |

The following is amended:

**MONTHLY PREMIUM ADJUSTMENT**

In accordance with the terms of your policy the monthly premium is adjusted as shown below.

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – "MOTOR CARRIER"

☐ **Gross Receipts** ☒ **Gross Mileage**

| COVERAGES | REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATES ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|---|
| LIABILITY COVERAGE | 203,175.00 | 203,791.00 | 0.00 | 5.911 | $0.00 |
| AUTO MEDICAL PAYMENTS | | | | 0.000 | $0.00 |
| PERSONAL INJURY PROTECTION | | | | 0.000 | $0.00 |
| UNINSURED MOTORISTS | | | | 0.000 | $0.00 |
| UNDERINSURED MOTORISTS | | | | 0.000 | $0.00 |
| Applicable Monthly Minimum Premium | $ 12,045.00 | | | Total for Auto | $0.00 |

SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – CARGO COVERAGE

☐ **Gross Receipts** ☒ **Gross Mileage**

| REPORTED MONTHLY | ESTIMATED MONTHLY | EXCESS MONTHLY | RATE ☐ Per $100 Gross Receipts ☒ Per 100 Miles | Additional Premium |
|---|---|---|---|---|
| | | | 0.000 | $0.00 |

Applicable Monthly Minimum Premium $ 0.00

| | |
|---|---|
| **TOTAL ADDITIONAL PREMIUM** | $0.00 |
| Surplus Lines Tax | $0.00 |
| STAMPING FEE | $0.00 |
| | $ |
| | $ |
| | $ |
| | $ |

**Please be reminded that the annual minimum and the monthly minimum premiums apply.**



Copy of Image

Copy of Image

**CANAL**

**MONTHLY REPORTING FORM**

P.O. Box 7, Greenville, SC 29602
800-868-7538

This report should be submitted to your agent no later than the 15th of the month following the report month. If the report is not received by Canal on or before the 20th of the month, a 25% surcharge will be applied to the monthly minimum premium. Once the report is received, the premium shall be adjusted per the report.

Insured

Rapid Logistics Inc DBA Rapid Transport
P O BOX 4230
McAllen, TX 78502

Policy No. PDA00440501

Report Month ____________

Report Due Date ____________

As required under the above-captioned insurance policy, we submit the following information for the period

from ____________ to ____________

Gross Receipts/Mileage from Equipment Owned ($) ____________

Gross Receipts/Mileage from Equipment Hired ($) ____________

Total Gross Receipts/Mileage ($) ____________

☐ **Gross Receipts** means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the shipment or transportation. Gross Receipts includes the total amount received from renting equipment, with or without drivers, to anyone who is not a "motor carrier". 15% will be applied to the total amount received from renting any equipment to any "motor carrier" with whom you have a written agreement that holds you harmless, and provides proof of primary insurance.

Gross Receipts does not include:

a. Amounts you pay to railroads, steamship lines, airlines and other "motor carriers" operating under their own Federal Highway or State permits.
b. Advertising Revenue.
c. Taxes which you collect as a separate item and remit directly to a governmental division.
d. C.O.D. collections for cost of mail or merchandise including collection fees.
e. Warehouse storage fees.

☐ **Gross Mileage** means all mileage for all covered "autos" while laden or unladen as reflected on your records or any other records accounting for total mileage of covered "autos" during the policy period including but not limited to the International Fuel Tax Agreement (IFTA) pro rata mileage worksheet or International Registration Plan (IRP) application.

This report is true and correct to the best of my knowledge and belief.

Signature of Insured ____________

By ____________

Title ____________

IL 80 CW 0906



Copy of Image

**CANAL**
Greenville, SC

Copy of Image

This notice modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

# CLAIMS REPORTING INFORMATION NOTICE

## 800-452-6911

**Online Claim reporting is also available at www.canal-ins.com**

**To All Canal Insureds:**

Many accidents result in damages which require immediate attention in order to prevent further loss. When a serious bodily injury, a hazardous spill which may impact the environment or damage to perishable cargo has occurred, please call the Canal Claims Reporting number listed above as soon as possible to report the claim.

When reporting a loss, please be prepared to give the following information:

* Insured name, driver and policy number
* Insured Vehicle Information (make, model and VIN)
* Exact location of the occurrence
* Description of the occurrence
* Type of loss and any environment affected
* Other persons or vehicles involved
* A contact number for someone at the scene

Please communicate these procedures to all drivers and claim reporting personnel. We appreciate your business and assistance in providing prompt notice of accidents.



Copy of Image

Copy of Image

**CANAL**
Greenville, SC

# AUTO FORMS REVISION
# RENEWAL ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. This notice does not reference every change, including editorial changes, made in your policy.

**NEW POLICY STRUCTURE:**

**CANAL INSURANCE COMPANY HAS REPLACED ITS PREVIOUSLY USED BASIC AUTOMOBILE LIABILITY POLICY (BAL) AND BASIC AUTOMOBILE PHYSICAL DAMAGE POLICY (BAPD) WITH THE NEW EASY TO READ BUSINESS AUTO COVERAGE FORM (BAC) IA 02 CW 0906**

**COVERAGE FORM CHANGES THAT CLARIFY OR HAVE NO IMPACT IN COVERAGE**

**Combined Coverage:** The BAC includes both Auto Liability Coverage and Physical Damage Coverage, combining the coverage previously provided by the BAL and BAPD into one policy. Your expiring policy(s) provided coverage for either Auto Liability or Physical Damage or both. Please review the BAC Item Two "Schedule of Coverage and Covered Autos" for the coverage your new BAC policy will provide. This policy may replace 2 expiring policies.

**Type of Auto:** BAC responds to covered "autos" which is communicated through the use of symbols which allows flexibility of coverage. The BAL and BAPD responded to an owned automobile, temporary substitute or replacement auto.

**Coverage Trigger:** The BAC is triggered when an "accident" takes place within the policy term. The BAL and BAPD were triggered when an occurrence took place within the policy term. The definition of occurrence incorporated the definition of "accident" to effectively have no impact on your coverage.

**Section I A - Description of the Symbols:** The BAC Symbol "7" – Specifically Described "Autos" – includes only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for liability coverage any "trailer" while attached to any power unit described in Item Three) provides the same coverage as owned automobiles or a temporary substitute automobile in the BAL and BAPD.

**Common Policy Conditions IL 05 CW 0906** – Previously these provisions were built into the BAL and BAPD forms. The BAC requires policy cancellation, changes and premium to be addressed with the "First Named Insured". The "First Named Insured" is the first listed legal entry in Item One of the policy Declarations.



Copy of Image

Copy of Image

**Mobile Equipment Definition:** – BAC lists more items that are mobile equipment than the BAL and BAPD, however, both define units subject to a compulsory or financial responsibility law or motor vehicle insurance law as an "auto" not "mobile equipment".

**Loading and Unloading** – BAC covers loading and unloading which was previously not defined and addressed in the BAL Insuring Agreement except as excluded – Exclusions 8 and 9 define the scope of coverage for loading and unloading.

**Expected or Intended Injury** – is an exclusion in the BAC while the BAL limited coverage in the definition of "occurrence".

**Workers Compensation & Employee Indemnification and Employer's Liability** – in the BAC clarifies "leased workers". BAC excludes bodily injury to an "employee" which is defined to include leased workers. BAL did not define employee.

**Pollution** – BAC reduces coverage, however, Endorsement CA 99 48 is added to this renewal policy to provide pollution coverage.

**War** – is redefined in the BAC for clarification.

The following BAC exclusions, 7 (**Handling of Property**), 8 (**Movement of Property by Mechanical Device**), 9 (**Operations**), and 10 (**Completed Operations**) were addressed in the BAL by Canal mandatory Amendatory Endorsement E-125.

## BROADENINGS IN COVERAGE

**Contractual** – BAC excludes contractual except for "insured contract". BAL excluded all contractual.

**Public or livery conveyances** - BAC does not exclude coverage while BAPD excluded coverage unless declared.

**Section III Physical Damage** – BAC has no requirement for equipment to be attached to a covered auto for the equipment to be covered.

**Covered Pollution Cost or Expense** – The BAC adds this coverage – BAL addressed exposure in the payment of property damage.

**Trailers** – Definition of trailer in the BAC includes containers when trailer interchange coverage is written.

## REDUCTIONS IN COVERAGE

**Care Custody or Control** – BAC does not cover property damage done by a covered Private Passenger Auto when the damage is to a private residence owned by the insured.

**Racing** – BAC excludes organized racing.

**Newly acquired** – The BAC requires replacement units to be reported in thirty (30) days. The BAL had no time limitation for a replacement unit to be reported.

**Fellow Employee** – BAC excludes bodily injury to fellow employee.



Copy of Image

**CANAL**
Greenville, SC

Copy of Image

To Our Policyholders:

Thank you for renewing coverage with Canal Insurance Company. You will find the policy has a different look from your previous policy. Canal Insurance Company has restyled their policy using an easy to read format.

Your policy is an important document. Please take time to read the policy carefully. If you have any questions, you should call your retail agent for clarification.

The attached Advisory Notice to Policyholders is a summary of the major changes in your policy.

Canal Insurance Company and your retail agent look forward to continuing to provide your insurance protection.

General Agency Texas Specialty Underwriters, Inc.
Address 3014 S.E. Loop 820
Fort Worth, TX 76140

Phone # (817) 293-0930
Fax # (817) 293-0935
E-Mail Address



Copy of Image