IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY COMPANY | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| ANA L. TORRES AS NEXT FRIEND OF | ) | M-10-411 |
| C.T., Mi.T., Ma.T. AND L.T. JR., | ) | |
| AND RAPID LOGISTICS, LLC, F/K/A | ) | |
| RAPID LOGISTICS, INC. D/B/A | ) | |
| RAPID TRANSPORT | ) | |

MINUTE ENTRY

Having come on to be considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Docket Entry No. 14), and the Court, noting no opposition to Plaintiff's motion granted said motion as reflected by Minute Entry on the docket sheet for the Pretrial Conference held May 26, 2011.

Additionally, the Court noting Defendant Ana Torres' Motion for Extension of Time to File Response to Motion for Summary Judgment (Docket Entry No. 17), Defendant Rapid Logistics, Inc. d/b/a Rapid Transport's First Motion for Extension of Time to File Response to Motion for Summary Judgment (Docket Entry No. 20), and Defendant Ana Torres' Second Motion for Extension of Time to File Response to Motion for Summary Judgment (Docket Entry No. 26), and the Court, further noting that Defendant Rapid Logistics, Inc. d/b/a Rapid Transport filed its "Response in Opposition to Motion for Summary Judgment" (Docket Entry No. 22), and Defendant Anna Torres filed her "First Response to Motion for

Summary Judgment" (Docket Entry No. 27), and the Court having considered said responses in its deliberations regarding Plaintiff's summary judgment motion, notes that the aforementioned motions for extension of time to respond to the summary judgment motion are MOOT.

DONE on this 18th day of December, 2011, at McAllen, Texas.

Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE